| | | |
|---|---|---|
| People v Letizia | 4th Dept: 141 AD3d 1129 (Erie) | denied reconsideration 2/16/17 (Garcia, J.) |
| People v Lewis | 3d Dept: 145 AD3d 1110 (Ulster) | denied 2/21/17 (Fahey, J.) |
| People v Liggins | 1st Dept: 145 AD3d 444 (Bronx) | denied 2/10/17 (Stein, J.) |
| People v Louis | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 153(A) (Queens) | denied 2/16/17 (Rivera, J.) |
| People v Lynn | 4th Dept: 144 AD3d 1491 (Ontario) | denied 2/23/17 (Stein, J.) |
| People v Macaluso | 2d Dept: 144 AD3d 947 (Suffolk) | denied 2/15/17 (Garcia, J.) |
| People v Magliocco | 4th Dept: 144 AD3d 1545 (Genesee) | denied 2/21/17 (Garcia, J.) |
| People v Maldonado | 2d Dept: 144 AD3d 706 (Kings) | denied 2/21/17 (DiFiore, Ch. J.) |
| People v Martinez | 3d Dept: 144 AD3d 1326 (Essex) | denied 2/21/17 (DiFiore, Ch. J.) |
| People v Mason (Arthur) | 4th Dept: 144 AD3d 1589 (Jefferson) | denied 2/21/17 (Garcia, J.) (Appeal No. 1) |
| People v Mason (Arthur) | 4th Dept: 144 AD3d 1590 (Jefferson) | denied 2/21/17 (Garcia, J.) (Appeal No. 2) |
| People v Mayrant | 1st Dept: 144 AD3d 572 (NY) | denied 2/15/17 (Stein, J.) |
| People v McClain | 3d Dept: 145 AD3d 1192 (Albany) | denied 2/23/17 (Fahey, J.) |
| People v McCray | 2d Dept: 145 AD3d 740 (Kings) | denied 2/23/17 (Fahey, J.) |
| People v McCullars | 4th Dept: 144 AD3d 1616 (Onondaga) | denied 2/15/17 (Garcia, J.) |
| People v McGowan | App Div, 3d Dept: 2016 NY Slip Op 93219(U) (Albany) | dismissed 2/14/17 (DiFiore, Ch. J.) |
| People v McKeon | App Div, 4th Dept, 11/26/16 (Orleans) | dismissed 2/2/17 (Abdus-Salaam, J.) |
| People v Mena-Lopez | 1st Dept: 144 AD3d 569 (Bronx) | denied 2/21/17 (Garcia, J.) |
| People v Michaux | 2d Dept: 144 AD3d 843 (Westchester) | denied 2/16/17 (Rivera, J.) |
| People v Mills | 4th Dept: 144 AD3d 1617 (Erie) | denied 2/15/17 (Garcia, J.) |
| People v Moncrieffe | 1st Dept: 144 AD3d 496 (Bronx) | denied 2/16/17 (Rivera, J.) |
| People v Montanez | 1st Dept: 144 AD3d 596 (NY) | denied 2/10/17 (Stein, J.) |
| People v Moody | 1st Dept: 145 AD3d 572 (NY) | denied 2/28/17 (DiFiore, Ch. J.) |